## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re**: | } | |
| | } | Case No. 21-11535 BLS |
| AIMEE BOSSI, | } | Chapter 13 |
| | } | **Hearing date: 5/24/2023 10:00 am** |
| **Debtor.** | } | **Response date: 5/16/2023** |

### ORDER

WHEREAS, this Honorable Court has duly considered the Debtor's Motion to Approve a Loan Modification, and

WHEREAS, no objections have been filed with the Court or served upon the Debtor's undersigned counsel;

NOW, THEREFORE, this __22nd__ day of __May__, A.D. 2023, it is hereby ORDERED, that the Debtor's Motion to Approve a Loan Modification is hereby GRANTED.

_____
UNITED STATES BANKRUPTCY JUDGE